PER CURIAM.
Affirmed. § 775.021(4)(a), Fla. Stat. (1995); Blockburger v. United States, 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306 (1932); Doyle v. *489 State, 460 So.2d 353 (Fla.1984); Grant v. State, 390 So.2d 341 (Fla.1980), cert. denied, 451 U.S. 913, 101 S.Ct. 1987, 68 L.Ed.2d 303 (1981); Salvatore v. State, 366 So.2d 745 (Fla.1978); Mingo v. State, 680 So.2d 1079 (Fla. 3d DCA 1996); Laines v. State, 662 So.2d 1248 (Fla. 3d DCA 1995) rev. denied, 670 So.2d 940 (Fla.1996); Garcia v. State, 594 So.2d 806 (Fla. 1st DCA 1992); Dunn v. State, 492 So.2d 808 (Fla. 3d DCA 1986); State v. Cromartie, 419 So.2d 757 (Fla. 1st DCA 1982); Stevens v. State, 251 So.2d 565 (Fla. 1st DCA 1971); Stone v. State, 208 So.2d 676 (Fla. 3d DCA 1968).